**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLTON E. BELL,

        Plaintiff,

vs.                                          Case No. 3:09-cv-406-J-32MCR

ATLANTIC TRUCKING COMPANY, INC. and
TED SPARKS

        Defendants.

## **ORDER**[1]

This case is before the Court on Defendants Atlantic Trucking Company and Ted Sparks's Motion to Stay All Proceedings Pending Appeal (Doc. 20), filed on January 6, 2010. Plaintiff Charlton Bell filed an opposition to the motion (Doc. 23) on January 29, 2010. Although the Court sees the potential merit in allowing discovery to go forward, the Eleventh Circuit has held "[w]hen a litigant files a motion to stay litigation in the district court pending an appeal from the denial of a motion to compel arbitration, the district court should stay the litigation so long as the appeal is non-frivolous." Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1253 (11th Cir. 2004) (per curiam). While the Court stands by its Order denying Defendants' Motion to Compel Arbitration (Doc. 18), the Court finds Defendants' appeal to be non-frivolous. Therefore, the Court has no choice but to stay the entire case.[2]

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

[2] On the other hand, Plaintiff does have the choice to change his mind and proceed with arbitration rather than to litigate this issue on appeal. The Court, of course, takes no position

Accordingly, it is hereby

    **ORDERED**:

    1. Defendants' Motion to Stay Proceedings (Doc. 20) is **GRANTED.**

    2. All proceedings are hereby **STAYED** until further order of the Court.

    3. The Clerk is directed to administratively close this file.

    4. The parties are required to notify the Court once the appeal is resolved.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of February, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sec
Copies:

counsel of record

---

on whether he should do so.